# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| UNION HOME MORTGAGE CORP., | : | |
| | : | |
| Plaintiff | : | |
| | : | |
| -vs- | : | CASE NO.: 1:20-CV-2690-PAB |
| | : | |
| JASON JENKINS, et al., | : | JUDGE PAMELA A. BARKER |
| | : | |
| *Defendants* | : | |

## STIPULATION FOR DISMISSAL WITH PREJUDICE

The parties, by counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate and agree that this matter and all causes of action that were asserted in this matter, whether claims, counterclaims, or otherwise, should be and hereby are dismissed with prejudice. The parties further stipulate and agree that each party will bear its own fees and costs.

    Respectfully submitted,

*/s/ Jason T. Clagg*
Jason T. Clagg (Ohio Bar No. 0097303)
(jason.clagg@btlaw.com)
BARNES & THORNBURG LLP
888 South Harrison Street, Suite 600
Fort Wayne, IN 46802
Phone: (260) 423-9440
Fax:    (260) 424-8316

Paul N. Garinger (Ohio Bar No. 0079897)
(paul.garinger@btlaw.com)
BARNES & THORNBURG LLP
41 South High Street, Suite 3300
Columbus, OH 43215
Phone: (614) 628-0096
Fax:    (614) 628-1433

*Attorneys for Plaintiff Union Home Mortgage Corp.*

*/s/ Michael P. O'Donnell (with permission)*
Christopher J. Carney (0037597)
Michael P. O'Donnell (0078390)
BROUSE MCDOWELL
600 Superior Avenue East, Suite 1600
Cleveland, OH 44114
Phone: (216) 830-6830
Fax: (216) 830-6807

*Attorneys for Defendants Jason Jenkins and Joseph Della Torre*

2

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on August __, 2023, a true and accurate copy of the foregoing was served via the Court's CM/ECF system on the counsel of record.

*/s/ Jason T. Clagg*
Jason T. Clagg
